IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMIAM GROUP, LLC,<br>                Plaintiff,<br>   v.<br>COOPERSBURG ASSOCIATES, INC. dba Coopersburg Sports,<br>                Defendant. | Case No. 22-cv-02256-JFL<br><br>**CERTIFICATE OF SERVICE** |

      I hereby certify that, on the date appearing below, I served Plaintiff's accompanying letter concerning discovery, together with all accompanying papers, on all counsel of record. Filing and service were effected via ECF.

| | |
|---|---|
| Date: November 14, 2022 | /s/ Jonathan R. Miller, Esq.<br>**The Law Firm of Jonathan R. Miller**<br>100 Overlook Center, 2nd Floor<br>Princeton, N.J. 08540<br>Tel. (609) 955-1226<br>Fax (609) 964-1026<br>jonathan.miller@lawyer.com |

1