UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMIAM GROUP, LLC, : | |
| Plaintiff, : | |
| : | |
| v. : | No. 5:22-cv-2256 |
| : | |
| COOPERSBURG ASSOCIATES, : | |
| INC., : | |
| Defendant. : | |

**O R D E R**

**AND NOW**, this 11th day of January, 2023, upon consideration of the parties' cross motions for summary judgment, their responses, their replies, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

1. Defendant's motion for summary judgment, ECF No. 37, is **GRANTED part and DENIED in part** as follows:

    a. Judgment is **ENTERED** in favor of Defendant and against Plaintiff on Count II (Common Law Unfair Competition) of the Amended Complaint; and

    b. Defendant's motion for summary judgment is **DENIED** in all other respects.

2. Plaintiff's motion for summary judgment, ECF No. 38, is **GRANTED part and DENIED in part** as follows:

    a. Judgment is **ENTERED** in favor of Plaintiff and against Defendant on Defendant's counterclaim ("Counterclaim for Declaratory Judgment of Non-infringement, Invalidity and/or Une[n]forceability of the '498 Patent," *see* ECF No. 35); and

    b. Plaintiff's motion for summary judgment is **DENIED** in all other respects.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

011023