IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMIAM GROUP, LLC, <br>      Plaintiff, <br>  v. <br> COOPERSBURG ASSOCIATES, INC. dba Coopersburg Sports, <br>      Defendant. | Case No. 22-cv-02256-JFL |

## ORDER

Upon consideration of Plaintiff Samiam Group, LLC's "Motion In Limine To Preclude Defendant's Use Of Its Own Deposition Testimony," it is hereby ORDERED that the motion is GRANTED.

Defendant is hereby precluded from presenting at trial all or parts of the deposition testimony of its president, Scott Pino, for any purpose whatsoever.

So ordered, this ___ day of _____ 2023.

    **BY THE COURT:**  _____
                   JOSEPH F. LEESON, JR.
                   United States District Judge