IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMIAM GROUP, LLC,<br>     Plaintiff,<br> v.<br>COOPERSBURG ASSOCIATES, INC. dba Coopersburg Sports,<br>     Defendant. | Case No. 22-cv-02256-JFL |

## ORDER

Upon consideration of Plaintiff Samiam Group, LLC's "Motion In Limine To Preclude Defendant From Presenting Evidence Of, Or Relying On Baseball Bats As Prior Art," it is hereby ORDERED that the motion is GRANTED.

Defendant shall not present at trial any testimony or exhibits relating to baseball bats or images of baseball bats, and shall not otherwise argue or suggest that baseball bats are prior art in the context of this lawsuit.

So ordered, this ___ day of _____ 2023.

  **BY THE COURT:**  _____
              JOSEPH F. LEESON, JR.
              United States District Judge