IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMIAM GROUP, LLC,<br>     Plaintiff,<br> v.<br>COOPERSBURG ASSOCIATES, INC. dba Coopersburg Sports,<br>     Defendant. | Case No. 22-cv-02256-JFL |

## **ORDER**

Upon consideration of Plaintiff Samiam Group, LLC's "Motion In Limine To Exclude Non-Conforming Specimen Of Accused Product," it is hereby ORDERED that the motion is GRANTED.

Defendant shall not present any evidence to the jury any evidence relating to Defendant's drinking vessel product with an appearance different from the drinking vessel as it is purchased by an ordinary fan at a baseball game, specifically including but not limited to Defendant's proposed exhibit D-1.

So ordered, this ___ day of _____ 2023.

BY THE COURT:  _____
            JOSEPH F. LEESON, JR.
            United States District Judge