# Exhibit 5

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3            CASE NO. 22-cv-02256-JFL
 4  --------------------------------x
 5  SAMIAM GROUP, LLC,              :
 6            Plaintiff,            :CIVIL
 7      vs.                         :ACTION
 8  COOPERSBURG ASSOCIATES, INC.    :
 9  dba COOPERSBURG SPORTS,         :
10            Defendants.           :
11  --------------------------------x
12
13            DEPOSITION OF: SCOTT ANTHONY PINO
14            DATE:   THURSDAY, NOVEMBER 17, 2022
15                COMMENCING AT 9:52 A.M.
16
17
18
19
20              RENZI LEGAL RESOURCES
21     Court Reporting, Videography & Legal Services
22          2277 STATE HIGHWAY #33, SUITE 410
23          HAMILTON SQUARE, NEW JERSEY 08690
24   TEL: (609) 989-9199   TOLL FREE: (800) 368-7652
25            www.RLResources.com   No. 418269
```

*** ABRIDGED ***

```
 1  that took place with counsel.
 2          Q.      All right.  Thank you.
 3                  Who else works at Coopersburg?
 4          A.      Several employees.
 5          Q.      And am I correct in understanding
 6  that it's sort of a family operation?
 7          A.      It is to a certain extent.  My wife
 8  and I are the -- basically the owners.
 9          Q.      Are your kids involved?
10          A.      No.
11          Q.      Is your wife involved in any
12  management type decisions for the company?
13          A.      Just basically banking and payroll.
14  Those are her duties.  Limited.
15          Q.      What's your wife's name?
16          A.      Wendy Pino.
17          Q.      So she does the banking and the
18  invoicing?
19          A.      She does the payroll and the --
20          Q.      Payroll?
21          A.      -- banking deposits.  Payments from
22  customers.
23          Q.      Does she do the bookkeeping?
24          A.      No.
25          Q.      Who does the bookkeeping?
```

```
 1      A.      Two people.  Arthene Derr.
 2      Q.      Arthene Derr?
 3      A.      Yeah, like Arthur, but spelled
 4 A-R-T-H-E-N-E.  Arthene Derr.  D-E-R-R.
 5      Q.      Yes.
 6      A.      And Colleen Knauss.  K-N-A-U-S-S.
 7 Colleen, C-O-L-L-E-E-N, and then K-N-A-U-S-S.
 8      Q.      Are you aware of anyone confusing the
 9 Beverage Bat with THE BEER BAT?
10      A.      Not in my opinion.
11      Q.      I'm asking about your knowledge, not
12 your opinion.
13      A.      No.
14              (Email dated 1/2/20, marked as
15 Exhibit P-4 for identification.)
16 BY MR. MILLER:
17      Q.      Mr. Pino, I'm handing you a document
18 that's been marked as Exhibit P-4.  It's a
19 single-page document, Bates numbered at the bottom
20 CBS-00591.  Do you recognize this document, sir?
21      A.      I do not recognize it.
22      Q.      Okay.  At the top, it appears to be
23 an email from Marcus Robinson to Scott Pino.
24      A.      Okay.
25      Q.      Do you see that?
```

*** ABRIDGED ***