IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMIAM GROUP, LLC,<br>                Plaintiff,<br>    v.<br>COOPERSBURG ASSOCIATES, INC. dba Coopersburg Sports,<br>                Defendant. | Case No. 22-cv-02256-JFL |

## ORDER

Upon consideration of Plaintiff Samiam Group, LLC's "Motion In Limine To Exclude Defendant's Undisclosed Witnesses From Testifying," it is hereby ORDERED that the motion is GRANTED.

Defendant's previously undisclosed witnesses, Arthene Derr and Colleen Knauss, are hereby excluded from testifying at trial.

So ordered, this ___ day of _____ 2023.


BY THE COURT:  _____
                                        JOSEPH F. LEESON, JR.
                                        United States District Judge