## TABLE OF EXHIBITS

Documents with greyscale shading are Protected Documents and may be filed under seal.

| Description of Document | Trial Exhibit # |
|---|---|
| Beverage Bat (photo in Exhibit – specimen submitted to the Court) | D-1 |
| CBS0006 - Coopersburg Sports CSX Bat | D-2 |
| The Beer Bat – Generation 1 (photo in Exhibit – specimen submitted to the Court) | D-3 |
| Amazon.com product listing – Louisville Slugger Replica Bat and Ball Combo (specimen to be used in court) | D-4 |
| Amazon.com product listing – Easton Pro Stix 1000 Baseball Bat (specimen to be used in court) | D-5 |
| Side-by-Side Comparison of '498 Patent and the Beverage Bat | D-6 |
| Letter dated May 28, 2021 from Robert Katz to Scott Pino | D-7 |
| Email dated June 21, 2021 from Damon Neagle to Robert Katz | D-8 |
| USPTO File History – US Patent Application No. 29/814,646 | D-9 |
| Correspondence from Coopersburg's counsel to Samiam's counsel regarding position on infringement | D-10 |
| Summary of Beverage Bat Revenue and Expenses – (prepared by Collen Knauss) | D-11 |
| CBS00592 – PO 3787 | D-12 |
| CBS00601 – Sales Order | D-13 |
| CBS00617 - Invoice | D-14 |
| CBS00377 – Customer Invoice | D-15 |
| CBS00053-CBS00055 – Beverage Bat by Month Summary | D-16 |
| Total labeling expenses for the Beverage Bat | D-17 |
| Deposition of Samuel McGee on November 17, 2022 (Non-Confidential) | D-18 |
| Deposition of Samuel McGee on November 17, 2022 (Confidential) | D-19 |
| Deposition of Samuel McGee on November 17, 2022 (Confidential – Outside Counsel's Eye's Only) | D-20 |
| Levy Letter dated December 4, 2019 | D-21 |
| Delaware North Email dated September 14, 2022 | D-22 |
| Plaintiff's Responses to Defendant's First Set of Interrogatories | D-23 |
| The Beer Bat – Generation 2 (photo in Exhibit – specimen submitted to the Court) | D-24 |
| Deposition of Scott Pino on November 17, 2022 (Non-Confidential) | D-25 |
| Deposition of Scott Pino on November 17, 2022 (Confidential) | D-26 |
| Deposition of Scott Pino on November 17, 2022 (Confidential – Outside Counsel's Eye's Only) | D-27 |
| USPTO File History – US Patent No. D888,498 | D-28 |
| Examples of Court Decisions Granting Summary Judgment of Non-Infringement | D-29 |
| Markup of Differences between the'498 Patent and the Beverage Bat | D-30 |