D-6



FIG. 1

**'498 Patent**



**Beverage Bat**



FIG. 2



*FIGS. 3-5 of the '498 Patent are identical to FIG. 2*



**FIG. 6**





**FIG. 7**



**'498 Patent**            **Beverage Bat**



FIG. 8

*'498 Patent*



*Beverage Bat*