D-11

**Beverage Bat Revenue and Expenses**

| Date Range | Number of Units Ordered | Number of Units Received | Cost of Goods | Amount Paid to Date for Goods | Separately Invoiced Shipping Charges (Ocean Freight) | Labeling Expenses | MLB Royalties Paid | Sales Commissions Paid | Shipping Costs Billed to Customers | Number of Units Sold | Gross Sales Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY