D-16

## BEVERAGE BAT BY MONTH SUMMARY
## COOPERSBURG SPORTS

| | DATE | QTY SOLD | COMMISSION PAID | ROYALTY PAID | TOTAL REVENUE SOLD | COST OF INVENTORY | NET PROFIT |
|---|---|---|---|---|---|---|---|
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

**BEVERAGE BAT COOPERSBURG SPORTS**

| | DATE | QTY SOLD | COMMISSION PAID | ROYALTY PAID | TOTAL REVENUE SOLD | COST OF INVENTORY | NET PROFIT |
|---|---|---|---|---|---|---|---|
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |
| | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | |

CBS00054

CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

| DATE | QTY SOLD | COMMISSION PAID | ROYALTY PAID | TOTAL REVENUE SOLD | COST OF INVENTORY | NET PROFIT |
|---|---|---|---|---|---|---|
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY