## ASSEMBLY EXPENSES/ASSUMPTION CALCULATIONS

PREPARED BY SCOTT PINO   11/16/22 - SP.

| | |
|---|---|
| LABEL MATERIAL COST | 0.16 |
| LABEL LABOR COST -IN HOUSE | 0.08 |
| DIRECT SOURCE LABELING COST | 0.25 |
| OVERNIGHT SHIPPING | 0.03 |
| OVERHEAD - Pro Rata Usoage of Equip, Consumables (ink, Label Mat, Cartons Bags) | 0.21 |
| TOTAL | 0.73 |

$ 97,000 --

. 728

● 133,208  - Aug.

CBS00881