**D-25 (*abridged*)**

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3              CASE NO. 22-cv-02256-JFL
 4  --------------------------------x
 5  SAMIAM GROUP, LLC,                   :
 6                  Plaintiff,           :CIVIL
 7          vs.                          :ACTION
 8  COOPERSBURG ASSOCIATES, INC.         :
 9  dba COOPERSBURG SPORTS,              :
10                  Defendants.          :
11  --------------------------------x
12
13              DEPOSITION OF: SCOTT ANTHONY PINO
14              DATE:  THURSDAY, NOVEMBER 17, 2022
15                  COMMENCING AT 9:52 A.M.
16
17
18
19
20                  RENZI LEGAL RESOURCES
21       Court Reporting, Videography & Legal Services
22            2277 STATE HIGHWAY #33, SUITE 410
23            HAMILTON SQUARE, NEW JERSEY 08690
24      TEL: (609) 989-9199  TOLL FREE: (800) 368-7652
25             www.RLResources.com  No. 418269
```