**D-26 (*abridged*)**

```
 1          IN THE UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3          CASE NO. 22-cv-02256-JFL

 4   -------------------------------x

 5   SAMIAM GROUP, LLC,                   :

 6              Plaintiff,        :CIVIL

 7        vs.                     :ACTION

 8   COOPERSBURG ASSOCIATES, INC.  :

 9   dba COOPERSBURG SPORTS,       :

10              Defendants.        :

11   -------------------------------x

12

13

14        * * * C O N F I D E N T I A L * * *

15        DEPOSITION OF: SCOTT ANTHONY PINO

16        DATE:  THURSDAY, NOVEMBER 17, 2022

17             COMMENCING AT 9:52 A.M.

18

19

20             RENZI LEGAL RESOURCES

21     Court Reporting, Videography & Legal Services

22        2277 STATE HIGHWAY #33, SUITE 410

23        HAMILTON SQUARE, NEW JERSEY 08690

24   TEL: (609) 989-9199  TOLL FREE: (800) 368-7652

25        www.RLResources.com  No. 418269
```