**D-27 (*abridged*)**

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3            CASE NO. 22-cv-02256-JFL
 4  -------------------------------x
 5  SAMIAM GROUP, LLC,                     :
 6              Plaintiff,         :CIVIL
 7       vs.                       :ACTION
 8  COOPERSBURG ASSOCIATES, INC.   :
 9  dba COOPERSBURG SPORTS,        :
10              Defendants.        :
11  -------------------------------x
12            * * * C O N F I D E N T I A L * * *
13              OUTSIDE COUNSEL'S EYES ONLY
14
15          DEPOSITION OF: SCOTT ANTHONY PINO
16          DATE:  THURSDAY, NOVEMBER 17, 2022
17              COMMENCING AT 9:52 A.M.
18
19
20              RENZI LEGAL RESOURCES
21     Court Reporting, Videography & Legal Services
22           2277 STATE HIGHWAY #33, SUITE 410
23           HAMILTON SQUARE, NEW JERSEY 08690
24     TEL: (609) 989-9199  TOLL FREE: (800) 368-7652
25            www.RLResources.com  No. 418269
```