## *Pro-Troll Inc. v. Proking Spoon LLC*, 20-cv-01576 (ECT/LIB) (D. Minn. Dec. 17, 2021)



Hobson et al., US Pat. No. D451574



**Accused Product**



Cordingley, US Pat. No. D399293

**Prior Art**



US Patent No. D516663
"Fishing Lure"

Summary Judgment of Non-Infringement Granted

# *Think Green Ltd. v. Medela AG & Medela LLC*, 21 C 5445 (N.D. Ill. Oct. 7, 2022)



Prior Art



US Patent No. D808006
"Breast Pump"



Accused Product

## Summary Judgment of Non-Infringement Granted

## *Voltstar Techs., Inc. v. Amazon.com, Inc.*, 599 F. App'x 385 (Fed. Cir. 2015)



Prior Art

Accused Product

US Patent No. D587,192
"Electrical Charger"

<u>Federal Circuit affirmed District Court Grant of <u>Summary Judgment</u> of Non-Infringement</u>

## *Oddzon Products, Inc. v. Just Toys, Inc.*, 122 F.3d 1396 (Fed. Cir. 1997)



Fig.1

US Patent No. D306001



Prior Art



Accused Product

Federal Circuit Affirmed District Court Grant of Summary Judgment of Non-Infringement

## Lanard Toys Ltd. v. Dolgencorp LLC, 958 F.3d 1337 (Fed. Cir. 2020)



Prior Art – Pencil

Prior Art
USD305849

US Patent No. D671167
"Chalk Holder"

Accused Product

- Federal Circuit approved of DC treating pencil as analogous art to chalk holder.  958 F.3d at 1342-43
- Federal Circuit affirmed District Court grant of summary judgment of non-infringement.  958 F.3d at 1345