

**FIGS. 3-5 of the '498 Patent are identical to FIG. 2**







*"CS" & "Beverage Bat Embossed" on Beverage Bat; Absent from '498 Patent*