IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMIAM GROUP, LLC,<br>                    Plaintiff,<br>    v.<br>COOPERSBURG ASSOCIATES, INC. dba Coopersburg Sports,<br>                    Defendant. | Case No. 22-cv-02256-JFL |

## ORDER

Upon consideration of Plaintiff Samiam Group, LLC's "Motion In Limine To Preclude Defendant From Using Hearsay Exhibits As Evidence," it is hereby ORDERED that the motion is GRANTED.

Defendant's proposed exhibits D-6, D-11, D-16, D-17, D-21, D-25, D-26, D-27, D-29 and D-30 are excluded and may not be offered into evidence.

So ordered, this ___ day of _____ 2023.


         BY THE COURT:     _____
                           JOSEPH F. LEESON, JR.
                           United States District Judge