IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMIAM GROUP, LLC,<br>    Plaintiff,<br> v.<br>COOPERSBURG ASSOCIATES, INC. dba Coopersburg Sports,<br>    Defendant. | Case No. 22-cv-02256-JFL |

## **ORDER**

Upon consideration of Plaintiff Samiam Group, LLC's Motion for Leave to File Documents Under Seal, it is hereby ORDERED that the motion is GRANTED.

The clerk is directed to enter the following documents under seal:

- Defendant's proposed exhibit D-11 ("Beverage Bat Revenue and Expenses")
- Defendant's proposed exhibit D-16 ("Beverage Bat By Month Summary")
- Defendant's proposed exhibit D-21 ("Levy Letter")

So ordered, this ___ day of _____ 2023.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.
United States District Judge