IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMIAM GROUP, LLC,<br>                Plaintiff,<br>  v.<br>COOPERSBURG ASSOCIATES, INC. dba Coopersburg Sports,<br>                Defendant. | Case No. 22-cv-02256-JFL<br><br>**CERTIFICATE OF SERVICE** |

      I hereby certify that, on the date appearing below, I served Plaintiff's Motion For Leave To File Documents Under Seal on all counsel of record. Filing and service were affected via ECF.

January 25, 2023

/s/ Jonathan R. Miller, Esq.
**The Law Firm of Jonathan R. Miller**
100 Overlook Center, 2nd Floor
Princeton, N.J. 08540
Tel. (609) 955-1226
jonathan.miller@lawyer.com