| EXHIBIT A - TABLE OF EXHIBITS ||||||
| --- | --- | --- | --- | --- | --- |
| **Description of Document** | **Trial Exhibit #** | **Identified** | **Objection** | **Admitted** | **Not Admitted** |
| Beverage Bat (photo in Exhibit – specimen submitted to the Court) | D-1 | | | | |
| CBS0006 - Coopersburg Sports CSX Bat | D-2 | | | | |
| The Beer Bat – Generation 1 (photo in Exhibit – specimen submitted to the Court) | D-3 | | | | |
| Amazon.com product listing – Louisville Slugger Replica Bat and Ball Combo (specimen to be used in court) | D-4 | | | | |
| Amazon.com product listing – Easton Pro Stix 1000 Baseball Bat (specimen to be used in court) | D-5 | | | | |
| Side-by-Side Comparison of '498 Patent and the Beverage Bat | D-6 | | | | |
| Letter dated May 28, 2021 from Robert Katz to Scott Pino | D-7 | | | | |
| Email dated June 21, 2021 from Damon Neagle to Robert Katz | D-8 | | | | |
| USPTO File History – US Patent Application No. 29/814,646 | D-9 | | | | |
| Correspondence from Coopersburg's counsel to Samiam's counsel regarding position on infringement | D-10 | | | | |
| Summary of Beverage Bat Revenue and Expenses – (prepared by Collen Knauss) | D-11 | | | | |
| CBS00592 – PO 3787 | D-12 | | | | |
| CBS00601 – Sales Order | D-13 | | | | |
| CBS00617 - Invoice | D-14 | | | | |
| CBS00377 – Customer Invoice | D-15 | | | | |
| CBS00053-CBS00055 – Beverage Bat by Month Summary | D-16 | | | | |
| Total labeling expenses for the Beverage Bat | D-17 | | | | |
| Deposition of Samuel McGee on November 17, 2022 (Non-Confidential) | D-18 | | | | |
| Deposition of Samuel McGee on November 17, 2022 (Confidential) | D-19 | | | | |
| Deposition of Samuel McGee on November 17, 2022 (Confidential – Outside Counsel's Eye's Only) | D-20 | | | | |
| Levy Letter dated December 4, 2019 | D-21 | | | | |
| Delaware North Email dated September 14, 2022 | D-22 | | | | |
| Plaintiff's Responses to Defendant's First Set of Interrogatories | D-23 | | | | |
| The Beer Bat – Generation 2 (photo in Exhibit – specimen submitted to the Court) | D-24 | | | | |
| Deposition of Scott Pino on November 17, 2022 (Non-Confidential) | D-25 | | | | |
| Deposition of Scott Pino on November 17, 2022 (Confidential) | D-26 | | | | |
| Deposition of Scott Pino on November 17, 2022 (Confidential – Outside Counsel's Eye's Only) | D-27 | | | | |
| USPTO File History – US Patent No. D888,498 | D-28 | | | | |
| Examples of Court Decisions Granting Summary Judgment of Non-Infringement | D-29 | | | | |
| Markup of Differences between the '498 Patent and the Beverage Bat | D-30 | | | | |

Designates Exhibits that the Parties expect to be filed under seal.