IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMIAM GROUP, LLC<br><br>Plaintiff,<br><br>v.<br><br>COOPERSBURG ASSOCIATES, INC. dba COOPERSBURG SPORTS<br><br>Defendant. | NO. 22-cv-02256 |

### DEFENDANT COOPERSBURG ASSOCIATES, INC. DBA COOPERSBURG SPORTS PROPOSED VOIR DIRE QUESTIONS

Coopersburg Associates, Inc. dba Coopersburg Sports hereby submits the following proposed *voir dire* questions.

1. Do you know of the Plaintiff, Samiam Group, LLC or its principal, Samuel McGee, Jr.?

2. Do you know of the Defendant Coopersburg Associates, Inc. or its principal, Scott Pino?

3. Do you know any of the following individuals who may provide testimony in this case: [LIST ALL WITNESSES].

4. Do you know any of the attorneys or law firms representing the parties in this case? [LIST ALL COUNSEL OF RECORD]

5. If your answer to any of Questions 1 through 4 is "Yes," what is the nature of your knowledge or relationship?

6. Have you or anyone you know been involved in a civil litigation proceeding, whether as a plaintiff or a defendant?

7. Are you a named inventor on a US Patent or have you been involved the filing or examination of a US Patent? If so, please describe.

8. Have you or a company that you have owned or worked for accused a third party of patent infringement or been accused of patent infringement? If so, please describe the circumstances.

9. Have you ever owned your own business? If so, what type of business is/was it?

10. Have you heard or read anything about the legal dispute between Samiam and Coopersburg Sports? If yes, what have you heard about the dispute? What is the source of the information you've heard or read about the dispute?

11. Have you formed any impression of the dispute? If so, what is your impression?

12. Is there any reason that you could not follow the Court's instructions on the law in this case, disregarding your own ideas about what the law is or should be?

13. Do you know of anything we haven't touched on that might affect your qualifications or ability to serve as a juror in this case or prevent you from rendering an impartial verdict based solely on the evidence and on my instructions to you about the law?

Respectfully submitted,

DESIGN IP, A PROFESSIONAL CORPORATION

Date:   February 8, 2023

s/Damon A. Neagle
Damon A. Neagle (PA ID 90738)
Design IP, A Professional Corporation
1575 Pond Road, Suite 201
Allentown, PA 18104
Phone:  610-395-8005
E-mail:  damonneagle@designip.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of DEFENDANT COOPERSBURG ASSOCIATES, INC. DBA COOPERSBURG SPORTS PROPOSED VOIR DIRE QUESTIONS was filed using the ECF system and is available for viewing and downloading from the ECF system.

Service upon Jonathan R. Miller and Robert L. Epstein, attorneys for Plaintiff, will be affected via electronic service of a Notice of Electronic Case Filing on the date set forth below.

Date: February 8, 2023                                     s/Molly Schneider
                                                                         Molly Schneider