IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMIAM GROUP, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 22-2256 |
| | : | |
| COOPERSBURG ASSOCIATES, INC. | : | |

## ORDER

AND NOW, this 21st day of April, 2023, it is hereby ORDERED that the Clerk of Court shall refer this matter to the Honorable Joshua D. Wolson for a settlement conference.

BY THE COURT:

_____
Hon. Mia R. Perez